IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID OTTINGER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHESTER TOWNSHIP, et al. | : | NO. 14-4432 |

### ORDER

**AND NOW**, this 23rd day of February, 2015, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The Motion to Dismiss the Amended Complaint filed by Defendants' Chester Township, Stanley Kester, and Kenneth Coalson (**ECF No. 10**) is **GRANTED**.

2. The Motion to Dismiss the Amended Complaint filed by Defendant Joseph Fitzgerald (**ECF No. 11**) is **GRANTED**.

3. Plaintiff David Ottinger's Amended Complaint (**ECF No. 8**) is **DISMISSED WITHOUT PREJUDICE**. Plaintiff is granted leave to file a Second Amended Complaint on or before March 6, 2015.

BY THE COURT:

/s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT COURT